**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR**

v. C.A. No. 05- 278 S

**A.T. WALL,** Director, Rhode Island
Department of Corrections,
**et al.**

**ORDER**

This matter is before the Court on the application of the *pro se* petitioner, Thaddeus Taylor, to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Said application is **denied**. Petitioner has the funds to pay the initial filing fee of $5.00 for the underlying Section 2241 habeas corpus action.

Petitioner is hereby **ORDERED** to pay the initial filing fee within 10 days of this Order. Failure to comply with this Order will result in dismissal of this case.

**IT IS SO ORDERED.**

[signature]

Jacob Hagopian
Senior United States Magistrate Judge
Date: Aug 15, 2005

SCANNED