UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : CASE NO. C.A. 05-278 S

v. :

Donna Collins, etal : August 29, 2005

# NOTICE OF APPEAL - FINAL Judgment

The Petitioner Thaddeus Taylor, in the Above Captioned matter respectfully file with this Honorable Court this "Notice of Appeal" of the Final Judgment decision by the U.S. District Judge, William E Smith - to dismiss the petitioner's petition on August 24, 2005 - and adopting the Magistrate Judge Report and Recommendation (despite Conflicts).

Accordingly, the petitioner now files this "Notice of Appeal" - to the U.S. Court of Appeals for the First Circuit Challenging the "final Judgment" of the U.S. District Judge order rendered on August 24, 2005. (The U.S. District Judge apparently failed to Consider the petitioner's Objections to the Magistrate Judge Report - Stating there are no other STATE Remedies available to him - out of STATE inmate "CT")

Respectfully Submitted
[signature] PRO SE
Thaddeus Taylor # [redacted]
ACI-HSC
P.O. BOX 8200
Cranston, RI 02920

Certificate of Service

I certify a Copy was mailed to Attorney Patricia A. Coyne-Fague, RIDOC 40 Howard Ave. Cranston RI 02920 on this 29th day of August 2005.

[signature]
Thaddeus Taylor PRO SE