**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR**

**v.** **C.A. No. 05-278 S**

**DONNA COLLINS**, Deputy Warden,
**A.T. WALL**, Director of the Rhode
Island Department of Corrections,
et al.

## ORDER

The Attorney General of the State of Rhode Island is hereby designated a party respondent in the above entitled habeas corpus proceeding. The Attorney General is hereby directed to file a response to the petitioner's habeas application within 20 days of the date of this Order.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
April 25 , 2006