**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Thaddeus Taylor, *pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-278S** |
| | : | |
| **Donna Collins, Deputy Warden,** | : | |
| **A.T. Wall, Director of the Rhode** | : | |
| **Island Department of Corrections, et al** | : | |

**ENTRY OF APPEARANCE**

I, Kathleen Kelly, Senior Legal Counsel for the Rhode Island Department of Corrections, do hereby enter my appearance in the above entitled matter on behalf of defendants Donna Collins, Deputy Warden, James Weeden, Warden, Lt. William Galligan, Lt. Doyle, A. T. Wall, Director of the Rhode Island Department of Corrections and the Rhode Island Department of Corrections.

Defendants, by his attorney,

Kathleen Kelly

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage-prepaid, to Petitioner, Thaddeus Taylor, at Isaiah House, 112 Clinton Ave., Bridgeport, Connecticut, 06605, on this 12th day of May, 2006.