**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Thaddeus Taylor, *pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-278S** |
| | : | |
| **Donna Collins, Deputy Warden,** | : | |
| **A.T. Wall, Director of the Rhode** | : | |
| **Island Department of Corrections, et al** | : | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PETITIONER'S HABEAS CORPUS APPLICATION**

Now comes the Defendants in the above-entitled matter and hereby request an extension of time in which to respond to Petitioner's Habeas Corpus petition. The reason for Defendant's request is outlined in the attached memorandum of law.

Defendants, by his attorney,

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage-prepaid, to Petitioner, Thaddeus Taylor, at Isaiah House, 112 Clinton Ave., Bridgeport, Connecticut, 06605, on this 11th day of May, 2006.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Thaddeus Taylor, *pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-278S** |
| | : | |
| **Donna Collins, Deputy Warden,** | : | |
| **A.T. Wall, Director of the Rhode** | : | |
| **Island Department of Corrections, et al** | : | |

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT IT'S MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PETITIONER'S HABEAS CORPUS APPLICATION**

Now come the Defendants in the above-entitled matter and hereby submit this memorandum of law in support of the request for an extension of time in which to respond to Petitioner's application for Habeas Corpus.

Petitioner, Thaddeus Taylor, has filed for a Writ of Habeas Corpus in the Federal District Court for the District of Rhode Island. The Rhode Island Department of the Attorney General was initially ordered to respond to the petition by May 15, 2006. The Attorney General's Office forwarded the Order to the Rhode Island Department of Corrections based on the history of this matter. The RI Department of Corrections has filed all previous documents relating to this petition.

Due to an unforeseen event, Legal Counsel for the Department of Corrections hereby requests an extension of time in which to file a response to the petition until June 5, 2006. Counsel's brother was killed while serving in Iraq on Saturday, May 6, 2006, and funeral services will take place the week of May 15, 2006 through May 19, 2006.

Counsel for the defendant's apologizes for any inconvenience this request may cause.

Defendants, by their attorney,

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, inter-departmental mail, to Plaintiff, Thaddeus Taylor, at Isaiah House, 112 Clinton Avenue, Bridgeport Connecticut, 06605, on this 11th day of May, 2006.