UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 1 9 2006

**Thaddeus Taylor,** ***pro se*** :
:
**vs.** : **C.A. No.: 05-278S**
:
**Donna Collins, Deputy Warden,** :
**A.T. Wall, Director of the Rhode** :
**Island Department of Corrections, et al** :

**DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PETITIONER'S HABEAS CORPUS APPLICATION**

Now comes the Defendants in the above-entitled matter and hereby request an extension of time in which to respond to Petitioner's Habeas Corpus petition. The reason for Defendant's request is outlined in the attached memorandum of law.

Referred to U.S.M.J. Hagopian
☐ for findings & recommended disposition
☑ for determination
☐ ________________
William E. Smith, U.S. District Judge
Date: 5/12/06

Defendants, by his attorney,

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage-prepaid, to Petitioner, Thaddeus Taylor, at Isaiah House, 112 Clinton Ave., Bridgeport, Connecticut, 06605, on this 17 day of May, 2006.

**ORDER**

**GRANTED.** Defendants shall file their response on or before June 7, 2006

Jacob Hagopian
Senior U.S. Magistrate Judge
Dated: May 16, 2006