UNITED STATES DISTRICTS COURT
DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR : C.A. 05-2785

v.

DONNA COLLINS, ETAL : JUNE 26, 2006

# PETITIONER'S OBJECTION TO DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(1) and 12(b)(6)

The Petitioner Thaddeus Taylor, in the above captioned matter respectfully files his objection to the defendants' Motion to Dismiss.. specifically, the Petitioner submits that the defendants motion and arguments have already been decided by the First Circuit, Court of Appeals and was rejected.. the defendants motion is made in 'bad faith' and their efforts to change the First Circuits Court of Appeals decision... that already rejected these very same arguments.. for this motion the Defendants' motion should be denied. And further the Plaintiff's Petition should be granted... and All Disciplinary records expunged.

Respectfully Submitted
[signature] prose
Thaddeus Taylor
358 Elm Street
Windsor Locks, CT 06096

I certify that a copy of this motion was mailed to Attorney Katherine Kelly, RIDOC, 40 Howard Ave, Cranston, RI 02920 on this 26th day of June, 2006

[signature]
Thaddeus Taylor