UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Thaddeus Taylor
Petitioner

V. CA05-278S

Donna Collins, et al
Respondent

**ORDER**

The Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopian filed on October 4, 2006 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b) (1). Respondent's Motion to Dismiss the petition is GRANTED.

BY ORDER:

DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 11/31/06